UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 18-cr-20526
Hon. Matthew F. Leitman

v.

SHUNTEZ THOMAS,

    Defendant.
_____/

## ORDER DENYING MOTION TO SUPPRESS (ECF #29)

On November 6, 2019, the Court completed the evidentiary hearing on Defendant's Motion to Suppress (ECF #29). For the reasons explained on the record at the conclusion of the November 6, 2019, hearing the motion is **DENIED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 7, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764