UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SHUNTEZ THOMAS,

       Defendant.

Criminal No. 18-cr-20526
Hon. Matthew F. Leitman

**AMENDED PRELIMINARY ORDER OF FORFEITURE
AND FINAL ORDER OF FORFEITURE**

On May 24, 2021, the Court issued a Stipulated Preliminary Order of Forfeiture ordering the forfeiture of the following:

    (a)    One Glock model 22, .40 caliber pistol, serial number: BDS652US; and

    (b)    One Colt SP1 .22 caliber rifle, serial number: SD105780 (the "Subject Property").

The government has determined that Raymond Javon Greason-Connor is the rightful owner of the One Glock model 22, .40 caliber pistol, serial number: BDS652US. Mr. Connor is currently not prohibited from possessing a firearm under the law.

The Preliminary Order of Forfeiture is incorporated herein by this reference, and pursuant to the government's Application to Amend the Preliminary Order of

Forfeiture, Federal Rules of Criminal Procedure 32.2(e), is hereby amended to allow for the return of the One Glock model 22, .40 caliber pistol, serial number: BDS652US, as to Mr. Connor. The Order of Forfeiture is final as to the One Glock model 22, .40 caliber pistol, serial number: BDS652US.

The Court shall retain jurisdiction to enforce the Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 7, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126